

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**

800 Third Ave.
13th Floor
New York, NY 10022

212-471-6202
www.hinshawlaw.com

Ashley R. Newman
anewman@hinshawlaw.com

July 11, 2023

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: **B.J. Newsstand, Inc. v. Citizens Bank, NA, et al.**
    **Case No. 1:23-cv-03972**

Dear Judge Failla:

This firm represents defendants Citizens Bank, N.A. ("Citizens Bank") and HSBC Bank USA, N.A. ("HSBC Bank") (collectively "Defendants") in the above-referenced action. The initial conference in this matter is currently scheduled for August 9, 2023. I write to request an thirty (30) day adjournment of the conference as I am scheduled to have surgery on the same date.

This request is being made on consent of opposing counsel, copied herewith. Based upon the joint availability of counsel, if convenient for the Court as well, the parties would ask the conference be adjourned to either September 7, 22, or 25.

Thank you in advance for Your Honor's consideration.

Respectfully submitted,
HINSHAW & CULBERTSON LLP
*/s/ Ashley R. Newman*
Ashley R. Newman, Esq.

cc: Ronald P. Hart, Esq.

1060374\314033242.v1

Application GRANTED.  The initial pretrial conference currently scheduled for August 9, 2023, is hereby ADJOURNED to 12:00 p.m. on **September 7, 2023.**  The Court sends Ms. Newman best wishes for a swift recovery.

The Clerk of Court is directed to terminate the motion at docket entry 19.

Dated:   July 11, 2023          SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE