UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.J. Newsstand Inc., <br><br>                    Plaintiff, <br><br>       -against- <br><br> Citizens Bank, NA, <br><br> HSBC Bank USA, NA <br><br>                    Defendants. | Docket No: 1:23-cv-03972 <br><br> **AGREED ORDER OF DISMISSAL WITH PREJUDICE** |

On this day the Court considered the Stipulation of Dismissal with Prejudice filed by plaintiff BJ Newsstand, Inc. ("BJ Newsstand") and defendants Citizens Bank, N.A. ("Citizens") and HSBC Bank USA, N.A. ("HSBC") (collectively, the "Parties"). Upon consideration of the stipulation and agreement of the Parties, as evidenced by the signatures of their respective counsel below, this Court ORDERS as follows:

IT IS ORDERED, ADJUDGED and DECREED all claims asserted by BJ Newsstand against Citizens and HSBC are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED and DECREED each party will bear its own costs of court and fees incurred herein.

Dated:   February 13, 2024
         New York, New York

_____
The Honorable Katherine Polk Failla
United States District Judge

1060374\315883439.v1

AGREED:

| | |
|---|---|
| **RONALD P. HART, P.C.** | **HINSHAW & CULBERTSON LLP** |
| /s/ *Ronald P. Hart* | /s/ *Ashley R. Newman* |
| Ronald P. Hart, Esq. | Ashley R. Newman, Esq. |
| 225 Broadway, Suite 2815 | 800 Third Avenue, 13th Floor |
| New York, NY 10007 | New York, NY 10022 |
| Tel: (212) 766-1443 | Tel: (212) 471-6200 |
| Email: ronaldphartesq@gmail.com | Email: anewman@hinshawlaw.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| *BJ Newsstand, Inc.* | *Citizens Bank, N.A. and HSBC Bank USA, N.A.* |

1060374\315883439.v1